UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:15-cv-00587-RRB<br><br>**ORDER RE: REQUEST FOR COPY<br>OF FIRST AMENDED COMPLAINT<br>[DOCKET 17]** |

At **Docket 17** Plaintiff Thurman Gaines a California state prisoner appearing *pro se* and i*n forma pauperis*, has requested the Court provide him with a copy of his First Amended Complaint.

Unfortunately, Plaintiff has no constitutional right to have the court provide him free copies of documents in the court's file.[1] The expenditure of public funds on behalf of an indigent is proper only when authorized by Congress.[2] Consequently, *in forma pauperis* status does not entitle Plaintiff to free copies in the court file.[3]

Accordingly, the Request for a copy of the First Amended Complaint is **DENIED**.

---

[1] *Cf. Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir.1990) (noting that "numerous courts have rejected any constitutional right to free and unlimited photocopying" by prisoners),

[2] *Tedder v. Odel*, 890 F.2d 210, 211–12 (9th Cir. 1989).

[3] *See* 28 U.S.C. § 1915; *see e.g., In re Richard*, 914 F.2d 1526, 1527 (6th Cir.1990) (Court concluded that 28 U.S.C. § 1915, the in forma pauperis statute, "does not give the [prisoner] litigant a right to have documents copies and returned to him at government expense").

Concurrently with this Order, the Clerk of the Court is directed to provide Gaines with a copy of the form for ordering copies of the court file and the District Court Miscellaneous Fee Schedule

**IT IS SO ORDERED** this 1st day of March, 2016

                                    S/ RALPH R. BEISTLINE
                                    UNITED STATES DISTRICT JUDGE