UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:15-cv-00587-RRB<br><br>**ORDER MODIFYING<br>SCHEDULING and PLANNING ORDER** |

At **Docket 29** Defendant E. Horowitz has moved for an extension of time within which to to make initial disclosures under Rule 16(b) and to file a motion for summary judgment based upon the failure to exhaust administrative remedies. For good cause shown, the Scheduling and Planning Order at Docket 26 is hereby modified as follows: The parties are hereby granted through and including **Monday, November 7, 2016**, within which to (1) make the disclosures required under Rule 26(a)(1); and (2) motions dealing with the failure to exhaust administrative remedies, jurisdiction and venue.

**IT IS SO ORDERED** this 9th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE