# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| THURMAN GAINES, | ) Case No.: 1:15-cv-00587-LJO-SAB (PC) |
|---|---|
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL, AS MOOT |
| v. | ) |
| DR. HOROWITZ, | ) (ECF No. 63) |
| Defendant. | ) |

Plaintiff Thurman Gaines is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's motion for the appointment of counsel, filed on April 11, 2018. (ECF No. 59.)

On April 9, 2018, this Court granted Defendant's request for terminating sanctions, and directed the Clerk of the Court to close this action. (ECF No. 61.) Judgment was entered that same day. (ECF No. 62.)

Accordingly, Plaintiff's motion for the appointment of counsel (ECF No. 63) is HEREBY DENIED, as moot, because this action is currently closed.

IT IS SO ORDERED.

Dated: **April 12, 2018**

UNITED STATES MAGISTRATE JUDGE