UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR ATTENDANCE OF WITNESSES<br><br>(ECF No. 97) |

Plaintiff Thurman Gaines is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case is currently set for an evidentiary hearing on November 13, 2020.

Currently before the Court is Plaintiff's motion for an extension of time to file motions for attendance of witnesses, filed September 30, 2020.  The Court deems Plaintiff's motion suitable for review without opposition by Defendant.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file motions for attendance of witnesses is extended to **October 15, 2020**.  Any opposition is due on or before **October 22, 2020**.

IT IS SO ORDERED.

Dated: __October 1, 2020__

                                             UNITED STATES MAGISTRATE JUDGE