UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br>            Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br>            Defendants. | 1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **THURMAN GAINES, CDCR #K-25160**, VIA VIDEO CONFERENCE<br><br>DATE: November 13, 2020<br>TIME: 10:00 a.m. |

    **Thurman Gaines**, **CDCR #K-25160**, a necessary and material witness on his own behalf in an Evidentiary Hearing in this case on November 13, 2020, is confined at **California Institution for Men**, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference from his present institution of confinement (via Zoom)** before Magistrate Judge Stanley A. Boone, on November 13, 2020, at 10:00 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Institution for Men**

    **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **October 16, 2020**

                                            UNITED STATES MAGISTRATE JUDGE

