UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPT. OF CORR., et al.,<br><br>　　　　　　　Defendants. | Case No. 1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **INMATE DARRELL E. HARRIS**, CDCR #AB7852, VIA VIDEO CONFERENCE<br><br>DATE: November 13, 2020<br>TIME:  10:00 a.m. |

**Inmate Darrell E. Harris**, **CDCR #AB7852**, a necessary and material witness in an Evidentiary Hearing in this case on November 13, 2020, is confined at California State Prison, Corcoran, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference from his present institution of confinement (via Zoom)** before  Magistrate Judge Stanley A. Boone, on November 13, 2020, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the evidentiary hearing or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Corcoran:**

**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the evidentiary hearing, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **October 16, 2020**　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

