UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER **VACATING** WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DARRELL E. HARRIS, CDCR #AB7852<br><br>(ECF No. 108) |

Plaintiff Thurman Gaines is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for an evidentiary hearing on November 13, 2020, at 10:00 a.m. before the undersigned.

On October 16, 2020, the Court granted Plaintiff's request for the attendance of inmate witness Darrell E. Harris, CDCR #AB7852, and a writ of habeas corpus ad testificandum was issued. (ECF Nos. 105, 108.) However, it appears inmate Darrell E. Harris was released on parole after the October 16, 2020 orders were issued. Indeed, a search of the California Department of Corrections and Rehabilitation's (CDCR) website reflects that Plaintiff is no longer in custody as his name and CDCR number are absent. See https://inmatelocator.cdcr.ca.gov. This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be

questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute."). In addition, Plaintiff's witness list filed on November 3, 2020, lists Darrell E. Harris as a "former" inmate. (ECF No. 110.) Accordingly, because inmate Harris is no longer in CDCR custody the Court will vacate the writ of habeas corpus ad testificandum.

Based on the foregoing, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum issued on October 16, 2020 directing the production of inmate Darrell E. Harris CDCR #AB7852 to appear at the November 13, 2020 evidentiary hearing via video conference (ECF No. 108) is VACATED; and

2. The Clerk of Court is directed to issue a copy of this order on the Litigation Coordinator at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated:   **November 4, 2020**

UNITED STATES MAGISTRATE JUDGE