UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO RESCHEDULE THE NOVEMBER 13, 2020 EVIDENTIARY HEARING<br><br>(ECF No. 111)<br><br>Date: January 14, 2021<br>Time: 9:00 a.m. |

Plaintiff Thurman Gaines is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for an evidentiary hearing on November 13, 2020, at 10:00 a.m. before the undersigned.

On November 4, 2020, Defendant filed a motion to continue the evidentiary hearing. (ECF No. 111.) On November 6, 2020, Plaintiff filed a statement of non-opposition to Defendant's motion. (ECF No. 114.)

On the basis of good cause, the Court will grant Defendant's motion to continue the evidentiary hearing.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Defendant's motion to continue the evidentiary hearing is granted;
2. The evidentiary hearing is rescheduled to **January 14, 2021 at 9:00 a.m.** before the undersigned; and
3. All other substantive provisions set forth in the Court's September 15, 2020 remain in effect.

IT IS SO ORDERED.

Dated:   **November 10, 2020**

UNITED STATES MAGISTRATE JUDGE