1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 THURMAN GAINES,

)  Case No.: 1:15-cv-00587-NONE-SAB (PC)
)
12        Plaintiff,                        )
)
13        v.                               )  ORDER VACATING WRIT OF HABEAS
)  CORPUS AD TESTIFICANDUM TO PRODUCE
14 CALIFORNIA DEPT. OF CORRECTIONS )  INMATE THURMAN GAINES, CDCR #K-25160
   et al.,                              )  ON NOVEMBER 13, 2020 VIA VIDEO
)  CONFERENCE
15                                       )
)  (ECF No. 106)
16        Defendants.                     )
)
17                                       )
                                         )

18        Plaintiff Thurman Gaines is proceeding *in forma pauperis* in this civil rights action pursuant to

19 42 U.S.C. § 1983.

20        On October 16, 2020, the Court issued a writ of habeas corpus ad testificandum to produce

21 inmate Thurman Gaines for evidentiary hearing on November 13, 2020, by way of video conference

22 via Zoom.

23        By way of separate order, the evidentiary hearing has been continued to January 14, 2021, at

24 9:00 a.m. before the undersigned by way of video conference via Zoom.

25        Accordingly, it is HEREBY ORDERED that:

26        1.      The writ of habeas corpus ad testificandum to produce inmate Thurman Gaines, CDCR

27                #K-25160 to appear at the evidentiary hearing via video conference on November 13,

28                2020, is VACATED;

1

1

    2.     The Clerk of Court shall serve a copy of this order on the Litigation Coordinator at

2

         California Institution for Men; and

3

    3.     An amended writ of habeas corpus ad testificandum will be issued in due course.

4

5  IT IS SO ORDERED.

6  Dated:   **November 10, 2020**

7                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2