UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE VICTOR W. COOPER, CDCR #E-35305 ON NOVEMBER 13, 2020 VIA VIDEO CONFERENCE<br><br>(ECF No. 107) |

　　　　Plaintiff Thurman Gaines is proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 16, 2020, the Court issued a writ of habeas corpus ad testificandum to produce inmate Victor W. Cooper for an evidentiary hearing on November 13, 2020, by way of video conference via Zoom.

　　　　By way of separate order, the evidentiary hearing has been continued to January 14, 2021, at 9:00 a.m. before the undersigned by way of video conference via Zoom.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The writ of habeas corpus ad testificandum to produce inmate Victor W. Cooper, CDCR #E-35305 to appear at the evidentiary hearing via video conference on November 13, 2020, is VACATED;

1

2. The Clerk of Court shall serve a copy of this order on the Litigation Coordinator at California State Prison, Corcoran; and

3. An amended writ of habeas corpus ad testificandum will be issued in due course.

IT IS SO ORDERED.

Dated: **November 10, 2020**

UNITED STATES MAGISTRATE JUDGE