UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GAINES,<br><br>            Plaintiff,<br><br>v.<br><br>CA. DEPT. OF CORR. et al.,<br><br>            Defendants. | Case No. 1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE VICTOR W. COOPER**, **CDCR #E-35305** VIA VIDEO CONFERENCE<br><br>DATE: January 14, 2021<br>TIME: 9:00 a.m. |

**Inmate Victor W. Cooper**, **CDCR #E-35305**, a necessary and material witness in an evidentiary hearing on January 14, 2021, is confined at the **California State Prison, Corcoran**, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to **appear by video conference from his present institution (via Zoom)** before Magistrate Judge Stanley A. Boone, on January 14, 2021, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the California State Prison, Corcoran:**

**WE COMMAND** you to produce the inmate named **above to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **December 16, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

