# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>           Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>           Defendants. | Case No.  1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO AMEND WITNESS LIST<br><br>(ECF No. 120 ) |

Plaintiff Thurman Gaines, a state prisoner, is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for an evidentiary hearing on January 14, 2021, at 9:00 a.m. before the undersigned.

On January 4, 2021, Defendant filed a request to amend the witness list.  (ECF No. 120.) Defendant requests to call M. Slusher in place of H. Fletes, and A. Altschuler in place of A. Tabor. In addition, Defendant requests to call M. Allen.

On the basis of good cause, Defendants' request to amend the witness list to substitute and add the above witnesses is GRANTED.

IT IS SO ORDERED.

Dated:  **January 5, 2021**

UNITED STATES MAGISTRATE JUDGE

1