# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN GAINES,<br><br>       Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>       Defendants. | Case No.  1:15-cv-00587-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANT SEVEN DAYS TO FILE A RESPONSE TO PLAINTIFF'S REPLY<br><br>(ECF No. 134) |

Plaintiff Thurman Gaines, a state prisoner, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 9, 2021, the Court granted Plaintiff's request for an extension of time to file a reply to Defendant's supplemental briefing. (ECF No. 133.)

On the basis of good cause, Defendant is HEREBY GRANTED seven (7) days from the date Plaintiff files his reply to file a response thereto.

IT IS SO ORDERED.

Dated:   **March 10, 2021**

UNITED STATES MAGISTRATE JUDGE

1